UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECHERI HAFER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00972-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

　　　On August 1, 2022, this matter was transferred to this Court from the Central District of California pursuant to the venue requirements of 42 U.S.C. § 405(g). (ECF No. 5). Plaintiff seeks judicial review of an administrative decision of the Commissioner of Social Security reducing Plaintiff's claim for benefits under the Social Security Act. (ECF No. 1). Plaintiff challenges the denial of benefits on various grounds, including alleged violations of their due process rights under the Fourteenth Amendment and violations of Title II of the Civil Rights Act of 1964, and seeks damages. (ECF No. 1 at p. 6-16). Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. (ECF No. 2). Having reviewed the application, the Court finds that Plaintiff has made the requisite showing under 28 U.S.C. § 1915 in order to proceed *in forma pauperis*.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED.

\\\

The Clerk of Court is directed to issue the following: 1) summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.

IT IS SO ORDERED.

Dated:  **August 18, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE