UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECHERI HAFER,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY, *et al.*,<br><br>            Defendants. | Case No.: 1:22-cv-00972-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>(Doc. 24) |

     DeCheri Hafer proceeds *pro se* and *in forma pauperis* in this action against the Social Security Administration, Commissioner of Social Security, and the United States. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On November 28, 2022, Plaintiff filed a request for entry of default against the Social Security Administration and the United States. (Doc. 20.) The magistrate judge noted this request was filed even though the Court had not yet issued summons or directed service to the Social Security Administration of the United States. (Doc. 20 at 3.) Therefore, in findings and recommendations issued on December 1, 2022, the magistrate judge recommended the request for entry of default be denied. (*Id.*)

     On December 14, 2022, Plaintiff timely filed objections to the findings and recommendations. (Doc. 26.) Among other things, Plaintiff objects to the magistrate judge's November 8, 2022, order

1

granting Defendant Commissioner's motion for an extension of time. (*See* Doc. 15.) Plaintiff suggests the magistrate judge lacked jurisdiction to issue that order. (*See, e.g.*, Doc. 26 at 1–2, 5–6, 11.) On December 23, 2022, Defendant Commissioner filed a reply to Plaintiff's objections. (Doc. 27.)

Pursuant to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter—including Plaintiff's objections—the Court concludes the findings and recommendations are supported by the record and by proper analysis. Plaintiff's objections are without merit for the reasons set forth in Defendant's reply to those objections. Accordingly, the Court **ORDERS**:

1. The findings and recommendations dated December 1, 2022 (Doc. 24) are **ADOPTED IN FULL**.
2. Plaintiff's request for entry of default (Doc. 20) is **DENIED**.

IT IS SO ORDERED.

Dated:   **January 9, 2023**                                     _____
                                                                  UNITED STATES DISTRICT JUDGE