**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DECHERI HAFER,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES, *et al.*,<br><br>              Defendants. | No. 1:22-cv-00972 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTIN FOR DEFAULT JUDGMENT BE DENIED<br><br>(Doc. 37) |

DeCheri Hafer, proceeding *pro se*, filed a motion for default judgment in this closed case on December 29, 2025. (Doc. 36). Plaintiff's motion asks for the Court to grant a default judgment in her favor for $1,001,600,000 against Defendants the United States and Social Security Administration. Plaintiff claims that Defendants have not filed a response to her complaint. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 12, 2026, the magistrate judge issued findings and recommendations recommending that Plaintiff's motion for default judgment be denied. (Doc. 37). The Court served the findings and recommendations on Plaintiff and informed her that any objections were due in 30 days. (*Id.*) The Court also warned Plaintiff that failure to file timely objections may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39

1

(9th Cir. 2014).) Plaintiff has not filed objections[1] and the deadline to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 12, 2026, (Doc. 37), are **ADOPTED IN FULL.**

2. Plaintiff's motion for default judgment is **DENIED** (Doc. 37).

3. Plaintiff's subsequent motion default judgment (Doc. 39) and amended motion for default judgment (Doc. 40), which are substantively indistinguishable from the December 29, 2025 motion, except for the amount requested, are **DENIED** for the same reasons discussed in the Findings and Recommendations. **No further motions of this nature will be entertained.**

4. Plaintiff's motion to proceed *in forma pauperis* (Doc. 38) is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Since the issuance of the magistrate judge's findings and recommendations, Plaintiff has filed: (1) a motion to proceed *in forma pauperis* (Doc. 38); (2) an additional motion for default judgment (Doc. 39); and (3) an amended motion for default judgment (Doc. 40). Plaintiff's additional and amended motion for default judgment merely increase the amount Plaintiff alleges is owed by Defendants.